**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

EVANS WATERS, *et al.*,

Plaintiffs,

-against-

ENTERPRISE FM TRUST, *et al.*,

Defendants.

----------------------------------------------------------------X

**ORDER**

**26-CV-05129 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Because resolution of Defendants' pending motion to dismiss at Dkt. No. 8 may dispose of the entire case, the Initial Case Management Telephone Conference scheduled for November 4, 2026 at 10:30 AM is **ADJOURNED** *sine die.*

Further, pursuant to Local Civil Rule 6.1, Plaintiffs' deadline to respond to Defendants' motion to dismiss was September 18, 2026. To date, Plaintiffs have not responded to Defendants' motion. As such, the Court will consider Defendants' motion to dismiss unopposed.

SO ORDERED.

DATED: New York, New York
October 30, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge